𝔚𝔶𝔱𝔥𝔢𝔳𝔦𝔩𝔩𝔢.

CLINCH RIVER VENEER CO. v. KURTH & ALS.

July 2d, 1891.

APPEAL DISMISSED AS IMPROVIDENTLY AWARDED.

Appeals from two decrees of the circuit court of Washington county, rendered June 21st, and October 18th, 1889, respectively, in a chancery cause therein pending, wherein the Clinch River Veneer Company and others are complainants and Charles Kurth and others are defendants.

*A. H. Blanchard,* for appellants.

*Fulkerson, Page & Hurt,* for appellees.

FAUNTLEROY, J., delivered the opinion of the court.

We are of opinion that the appeal in this case was improvidently awarded; and to dismiss the same.

APPEAL DISMISSED.